# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

CHRIS ANDREW MARTIN   Case No.: 1-13-03896-RNO
                     Chapter 13

Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**         **MORTGAGE INFORMATION**
Creditor Name:         FIRST NATIONAL BANK
Court Claim Number:         06
Last Four of Loan Number:         2833
Property Address if applicable:         2472 PINE TREE ROAD, SPRING GROVE, PA 17362

**PART 2:**         **CURE AMOUNT**
TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $2656.23 |
| b. | Prepetition arrearages paid by the Trustee: | $2656.23 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $2,656.23 |

**PART 3:**         **POST PETITION MORTGAGE PAYMENT**
Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**         **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: August 22, 2018							Respectfully submitted,

											s/ Charles J. DeHart, III, Trustee
											Standing Chapter 13 Trustee
											Suite A, 8125 Adams Drive
											Hummelstown, PA  17036
											Phone:  (717) 566-6097
											Fax:  (717) 566-8313
											eMail:  dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

CHRIS ANDREW MARTIN    Case No.: 1-13-03896-RNO
                       Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 22, 2018, I served a copy of this Notice of Final Cure on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| CHRIS ANDREW MARTIN<br>2472 PINE TREE ROAD<br>SPRING GROVE, PA 17362 | SERVED BY 1ST CLASS MAIL |
| MELANIE L. VANDERAU, ESQUIRE<br>METTE, EVANS & WOODSIDE<br>3401 N. FRONT STREET<br>HARRISBURG, PA, 17110 | SERVED BY 1ST CLASS MAIL |
| THOMAS E. MILLER, ESQUIRE<br>249 YORK STREET<br>HANOVER PA, 17331- | SERVED ELECTRONICALLY |

Date: August 22, 2018

s/ Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com