In re:
Chris Andrew Martin
    Debtor

Case No. 13-03896-RNO
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: DDunbar     Page 1 of 1     Date Rcvd: Oct 16, 2018
                      Form ID: fnldec     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2018.
db          +Chris Andrew Martin,    2472 Pine Tree Road,    Spring grove, PA 17362-8337

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                 TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2018 at the address(es) listed below:
         Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
         James Warmbrodt    on behalf of Creditor    M & T Bank bkgroup@kmllawgroup.com
         John F Goryl    on behalf of Creditor    M & T Bank bkgroup@kmllawgroup.com
         Joshua I Goldman    on behalf of Creditor    M & T Bank bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
         Melanie Lynn Vanderau    on behalf of Creditor    Metro Bank mlvanderau@mette.com, jlschade@mette.com
         Thomas E. Miller    on behalf of Debtor 1 Chris Andrew Martin staff@tommillerlawoffice.com
         Thomas I Puleo    on behalf of Creditor    M & T Bank tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                    TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Chris Andrew Martin,   Chapter   13

**Debtor 1**

Case No.   1:13−bk−03896−RNO

Social Security No.:
xxx−xx−3941

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: October 16, 2018   By the Court,

*[signature]*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: DDunbar, Deputy Clerk

**fnldec** (05/18)